**No. 09-8251. Jonas E. Gillespie, Petitioner v. United States.**

559 U.S. 951, 130 S. Ct. 1538, 176 L. Ed. 2d 134, 2010 U.S. LEXIS 1306.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 345 Fed. Appx. 757.

**No. 09-8255. Frank Drummond, Petitioner v. United States.**

559 U.S. 951, 130 S. Ct. 1538, 176 L. Ed. 2d 134, 2010 U.S. LEXIS 1181.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-8258. Dorian W. Richardson, Petitioner v. United States.**

559 U.S. 952, 130 S. Ct. 1538, 176 L. Ed. 2d 134, 2010 U.S. LEXIS 1129.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 581 F.3d 824.

**No. 09-8260. Roberto Sotolongo, Petitioner v. United States.**

559 U.S. 952, 130 S. Ct. 1538, 176 L. Ed. 2d 134, 2010 U.S. LEXIS 1220.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 343 Fed. Appx. 482.

**No. 09-8265. Glenn Dell Cook, Petitioner v. United States.**

559 U.S. 952, 130 S. Ct. 1538, 176 L. Ed. 2d 134, 2010 U.S. LEXIS 1439.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 344 Fed. Appx. 473.

**No. 09-8269. Pyotr Valeryevich Shmelev, Petitioner v. Minnesota.**

559 U.S. 952, 130 S. Ct. 1538, 176 L. Ed. 2d 134, 2010 U.S. LEXIS 1453.

February 22, 2010. Petition for writ of certiorari to the Court of Appeals of Minnesota denied.

**No. 09-8272. Laureano Chirino Rivera, Petitioner v. United States.**

559 U.S. 952, 130 S. Ct. 1539, 176 L. Ed. 2d 134, 2010 U.S. LEXIS 1495,

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 348 Fed. Appx. 461.

**No. 09-8273. Joseph Earl Robinson, Petitioner v. United States.**

559 U.S. 952, 130 S. Ct. 1539, 176 L. Ed. 2d 134, 2010 U.S. LEXIS 1326.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 344 Fed. Appx. 936.

**No. 09-8274. Frederick Lynn Sellers, Petitioner v. United States.**

559 U.S. 952, 130 S. Ct. 1539, 176 L. Ed. 2d 134, 2010 U.S. LEXIS 1254.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 332 Fed. Appx. 814.

**No. 09-8279. Hernaldo Beltran, Petitioner v. United States.**

559 U.S. 952, 130 S. Ct. 1539, 176 L. Ed. 2d 134, 2010 U.S. LEXIS 1274.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.